```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MIKE D. MONCAYO,

                            Plaintiff,

       -against-

UNITED PARCEL SERVICE, INC. et al.,

                            Defendants.
----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 11/10/2021

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**19-CV-5415 (NRB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 28). A telephone conference will be held on **Monday, November 22, 2021 at 2:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: November 10, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge