```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  MIKE D. MONCAYO,

                                    Plaintiff,                    **ORDER CONVERTING**
                                                                  **SETTLEMENT CONFERENCE TO**
                        -against-                                 **TELEPHONIC**

  UNITED PARCEL SERVICE, INC. et al.,                             **19-CV-5415 (NRB)**

                                    Defendants.
-------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

            The Settlement Conference in this matter scheduled for **Thursday, January 20,**

**2022 at 2:00 p.m.**  is hereby converted to a telephonic conference.  The Parties' should call into

the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security**

**code will be emailed to counsel by chambers for his proceeding.**  Pre-conference submissions

must be received by the Court no later than **January 13, 2022 by 5:00 p.m.**


            SO ORDERED.


Dated: January 6, 2022
            New York, New York

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge