```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIKE D. MONCAYO,

                      Plaintiff,

    -against-

UNITED PARCEL SERVICE, INC. et al.,

                      Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**19-CV-5415 (NRB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A settlement conference in this matter utilizing the Zoom platform is scheduled for **Wednesday, March 9, 2022 at 2:00 p.m.**  Counsel for the parties are directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The Defendants are directed to submit updated pre-conference submissions to the Court no later than **March 8, 2022 by 5:00 p.m.**

    SO ORDERED.

Dated: March 7, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge