```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
MIKE D. MONCAYO,

                Plaintiff,                    ORDER

        - against -                           19 Civ. 5415 (NRB)

UNITED PARCEL SERVICE, INC.,
UNITED PARCEL SERVICE GENERAL
SERVICES CO., AND LONNIE MISHOE
III,

                Defendants.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS trial in this case commenced on December 5, 2022; and

WHEREAS on December 6, 2022, the jury returned a verdict for the defendant; it is hereby

**ORDERED** that the case is dismissed with prejudice.

       **SO ORDERED.**

Dated:   New York, New York
         January 6, 2023

                                          NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE