UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MIKE D. MONCAYO,

                Plaintiff,

  -against-

UNITED PARCEL SERVICES, INC., UNITED PARCEL
SERVICE GENERAL SERVICES CO., AND LONNIE
MISHOE, III,

                Defendants.
------------------------------------------------------------------ X

**JUDGMENT**

19 Civ. 5415 (NRB)

    IT IS HEREBY **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Naomi Reice Buchwald, United States District Judge on December 5 and 6, 2022, the jury having returned a verdict in favor of Defendants, the case is dismissed with prejudice.

Dated:  New York, New York
        May  2 4 , 2023

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____

**Deputy Clerk**